# IN THE SUPREME COURT OF THE STATE OF NEVADA

YUXIA ZHANG,
                     Appellant,
          vs.
THE STATE OF NEVADA,
                     Respondent.

No. 83446

FILED

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion to disqualify judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to disqualify judge, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.            _____, J.
Pickering                            Herndon

cc:   Hon. Linda Marie Bell, Chief Judge
      Hon. Jasmin Lilly-Spells, District Judge
      Yuxia Zhang
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

21-27215